# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHAWN BOTNER<br>*Plaintiff*<br>v.<br>SJAN TALBOT<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:18-CV-0186-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Petitioner's Habeas Corpus Petition pursuant to 28 U.S.C. § 2254 (ECF No. 1), is DISMISSED without prejudice to seeking appropriate appellate review.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: July 12, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen